# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kari Pardo, | No. CV-14-02307-TUC-CKJ |
| Plaintiff, | **ORDER** |
| v. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | |
| Defendant. | |

On August 27, 2014, Plaintiff filed a civil complaint regarding the final decision by the Commissioner of Social Security to deny her benefits. (Doc. 1.) The matter was referred to Magistrate Judge D. Thomas Ferraro for all pretrial proceedings. (Doc. 18.) On February 2, 2016, the Magistrate Judge issued a Report and Recommendation (R & R) that the District Court, after its independent review, vacate the Commissioner's decision denying Plaintiff's claim for benefits and remand for further proceedings. (Doc. 22 at 8.) The R & R advised that any party could serve and file written objections within 14 days of service of a copy of the R & R. (Doc. 22 at 9.) No objections have been filed.

The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also, Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

The Court has reviewed the Complaint, the Answer, the opening brief, the response brief, and the reply brief as well as the R & R.  The Court finds no clear error and remands the case for further proceedings in conformity with this Order and the R & R.

IT IS ORDERED:

(1) The Report and Recommendation (Doc. 22) is adopted.

(2)  Plaintiff's case is remanded to the Social Security Administration for further proceedings in conformity with this Order and the R & R.

Dated this 19th day of February, 2016.

_____
Cindy K. Jorgenson
United States District Judge